■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO HARRIS, Appellant. [2 NYS3d 349]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered October 2, 2012, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of seven years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination. Since we are ordering a new sentencing proceeding, we find it unnecessary to address defendant's other arguments. Concur—Acosta, J.P., Andrias, Saxe, DeGrasse and Richter, JJ.